

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-21-00181-CV

Robert **CORLEY**,
Appellant

v.

Timothy **CORLEY**, Jason Corley and Century Oaks Land LLC,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02547
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Petitioner's unopposed first motion for an extension of time to file a petition for permissive appeal is **GRANTED.** Petitioner's petition for permissive appeal filed on May 10, 2021 is deemed timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court